UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. MORALES, | CASE NO. 99-CV-654 W (LSP) |
| Petitioner, | ORDER DENYING |
| v. | CERTIFICATE OF |
| ROBERT AYERS, et al., | APPEALABILITY |
| Respondents. | |

On April 10, 2007, the Ninth Circuit Court of Appeals remanded an appeal in the case captioned <u>Morales v. Ayers</u>, Appeal No. 07-55355, for the limited purpose of granting or denying a certificate of appealability. Petitioner Mark Morales attempted to appeal this court's rejection of a motion for relief from judgment [Doc. No. 27] dated February 23, 2007.

The court will **DENY** the certificate of appealability for two reasons. First, Morales attempted to file a motion for relief from judgment in a closed case. Both this court and the Ninth Circuit Court of Appeals denied certificates of appealability after Morales attempted to appeal the court's dismissal of the habeas-corpus petition dated November 3, 1999. As required by <u>United States v. Asrar</u>, 116 F.3d 1268 (9th Cir.

1997), this court issued a lengthy opinion [Doc. No. 24] denying the certificate of appealability. In that opinion, this court explained that Morales missed the statute of limitations to challenge his conviction under 28 U.S.C. § 2244(d)(1), and failed to establish circumstances justifying equitable tolling. In turn, the Ninth Circuit Court of Appeals denied a certificate of appealability in Appeal No. 00-55245 (9th Cir. July 21, 2000) (Nelson, J., and Silverman, J.). The case termed July 24, 2000. Now, seven years later, Morales may not reopen his case to file a motion for relief from judgment.

Second, even if the court would have accepted the filing, Morales argued for relief from judgment due to mistake and inadvertence. Under Federal Rule of Civil Procedure 60(b), he needed to raise that argument within one year. Thus, Morales has not made a "substantial showing of the denial of a constitutional right" as required for a certificate of appealability. See 28 U.S.C. § 2253(c)(2). Consequently, the court hereby **DENIES** the certificate of appealability.

IT IS SO ORDERED.

Dated: April 11, 2007

Hon. THOMAS J. WHELAN
United States District Court
Southern District of California